In the Matter of the Claim of ISIDORE ROSENBERG, Appellant, against LENZ & RIECKER, INC., and NEW YORK PRINTERS & BOOKBINDERS MUTUAL INSURANCE COMPANY, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Appeal from a decision of the State Industrial Board, dated March 25, 1941, affirming its previous decision of December 4, 1940, affirming a referee's decision disallowing the claim on the ground that there was no proof that claimant sustained an accident arising out of and in the course of his employment. Claimant, a compositor and substitute stoneman employed by a printing establishment, claimed that while lifting a form he sustained a lower back strain. He made no complaint at the time and continued to work, and there was proof by his fellow workmen that he had done no

lifting of forms on the day in question. The record presents only a question of fact which has been resolved against the claimant. Decision unanimously affirmed, without costs. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.